JS - 6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 11<br><br>Plaintiffs,<br><br>v.<br><br>EAS ELECTRIC, a California partnership,<br><br>Defendant. | CASE NO. CV 09-3278 RGK (Cwx)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL<br><br>[Assigned to the Honorable Judge R. Gary Klausner] |

Pursuant to the stipulation of the parties, by counsel of record, the above-captioned action, Case No. CV 09-3278 RGK (Cwx), is hereby dismissed without prejudice ~~and subject to reinstatement should either party refuse to arbitrate,~~ each party to bear its own attorneys' fees and costs, except if either party breaches this Agreement, the breaching party will pay the other party's attorneys' fees and costs to the date of the breach.

Dated: 9/3/2009

_____
THE HONORABLE R. GARY KLAUSNER